# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    Ivory J Crawford
    Mozella A Crawford
        Debtor(s)

Case No. 14-06760

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/27/2014.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 07/23/2014.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|                                              |           |
|----------------------------------------------|-----------|
| Total paid by or on behalf of the debtor     | $2,665.00 |
| Less amount refunded to debtor               | $0.00     |
| **NET RECEIPTS:**                            | **$2,665.00** |

## Expenses of Administration:

|                                              |           |
|----------------------------------------------|-----------|
| Attorney's Fees Paid Through the Plan        | $0.00     |
| Court Costs                                  | $0.00     |
| Trustee Expenses & Compensation              | $135.92   |
| Other                                        | $0.00     |
| **TOTAL EXPENSES OF ADMINISTRATION:**        | **$135.92** |

Attorney fees paid and disclosed by debtor:          $547.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/r Concepts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| A/r Concepts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| A/r Concepts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 229.06 | 229.06 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 10,462.00 | 0.00 | 163.12 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 16,950.00 | 27,575.12 | 27,412.00 | 1,464.29 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Unsecured | NA | 0.00 | 659.25 | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Secured | 5,333.00 | 5,989.25 | 5,333.00 | 284.87 | 0.00 |
| Comenity Bank/clark | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMPLETE CREDIT SOLUTION | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| Consumer Credit Services Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance | Unsecured | 7,912.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance | Unsecured | NA | 8,219.36 | 8,219.36 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 260.00 | 260.29 | 260.29 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 484.90 | 484.90 | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Fnce/Legacy Visa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 1,183.52 | 1,183.52 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,710.72 | 2,710.72 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 20,000.00 | 26,798.05 | 26,798.05 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | NA | 567.14 | 567.14 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 2,144.03 | 2,144.03 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 772.94 | 772.94 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 259.81 | 259.81 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 749.54 | 749.54 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Midland Fund | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| Midland Fund | Unsecured | 744.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 2,214.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,048.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Nw Collector | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Plains Comm | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 391.00 | 391.53 | 391.53 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 245.00 | 245.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 801.00 | 901.84 | 901.84 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 11,350.00 | 15,993.47 | 14,600.00 | 779.92 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 3,250.00 | 0.00 | 1,399.47 | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,191.00 | 1,191.48 | 1,191.48 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| SYSTEMS & SERVICES TECH INC | Unsecured | NA | 857.30 | 857.30 | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 851.00 | NA | NA | 0.00 | 0.00 |
| Us Employees Cr Un | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $47,345.00 | $2,529.08 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$47,345.00** | **$2,529.08** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $26,798.05 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$26,798.05** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$23,390.30** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $135.92 |
| Disbursements to Creditors | $2,529.08 |
| | |
| **TOTAL DISBURSEMENTS** : | **$2,665.00** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/04/2014                    By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**